UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION



TIMOTHY KEELEY                                                                    PLAINTIFF

VS.                                            CIVIL ACTION NO. 4:07cv00076-HTW-LRA

DEBRA RISTAU and
FFE TRANSPORTATION SERVICES, INC.                               DEFENDANTS

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents Defendant FFE Transportation Services, Inc.. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 17th day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE