IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


TIMOTHY KEELEY                                                      PLAINTIFF

VS.                                           Civil Action No. 4:07cv76  HTW-LRA

FEE TRANSPORTATION SERVICES, INC.                          DEFENDANT

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff, Timothy Keeley and Defendant, FFE Transportation Services, Inc., and request that this matter be dismissed, with prejudice, with each party to bear its own costs. The Court is advised that the parties have reached a mutually satisfactory resolution of this dispute. Therefore, the Court, having considered this matter, and noting that the parties have agreed to the dismissal of the claims against Defendant, with prejudice, finds that the request is well taken and should be granted.

ACCORDINGLY, IT IS ORDERED that all claims asserted by Plaintiff, Timothy Keeley, against Defendant, FFE Transportation Services, Inc., are hereby dismissed, with prejudice, with each party to bear its own costs.

Dated this the 30th  day of November, 2007.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE


AGREED TO:

 /s/ Shaun E. Yurtkuran_____
Shaun E. Yurtkuran (MB #100613)
Schwartz & Associates, P.A.
162 East Amite Street
Jackson, Mississippi 39207
ATTORNEY FOR TIMOTHY KEELEY

 /s/ Meade W. Mitchell_____
Meade W. Mitchell, Esq. (MB #9649)
BUTLER, SNOW, O'MARA, STEVENS &
  CANNADA, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567
ATTORNEY FOR FFE TRANSPORTATION SERVICES, INC.